IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
AT ABINGDON

| | |
|---|---|
| POINT BROADBAND FIBER HOLDING, LLC and SUNSET DIGITAL COMMUNICATIONS, LLC<br><br>        Plaintiffs,<br><br>v.<br><br>POWELL VALLEY ELECTRIC COOPERATIVE, INC.<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:20cv48<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR VOLUNTARY DISMISSAL

Plaintiffs, Point Broad Fiber Holding, LLC and Sunset Digital Communications, LLC, by counsel, move this Court for an order dismissing without prejudice defendant Powell Valley Electric Cooperative, Inc. A proposed order is attached as Exhibit 1.

                                        POINT BROADBAND FIBER HOLDING, LLC
                                        SUNSET DIGITAL COMMUNICATIONS, LLC

                                        By Counsel

Cameron S. Bell
VSB No. 47685
PENN, STUART & ESKRIDGE
P.O. Box 2288
Abingdon, Virginia 24212
Telephone: (276) 628-5151
Facsimile: (276) 628-5621
cbell@pennstuart.com

By:    /s/ Cameron S. Bell
          Cameron S. Bell
          Counsel for Plaintiffs

1