IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
AT ABINGDON

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JAN 04 2021

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

| | | |
|---|---|---|
| POINT BROADBAND FIBER HOLDING, LLC and SUNSET DIGITAL COMMUNICATIONS, LLC | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 1:20cv48 |
| POWELL VALLEY ELECTRIC COOPERATIVE, INC. | ) ) ) | |
| Defendant. | ) ) | |

## ORDER FOR VOLUNTARY DISMISSAL

This matter is before the Court on plaintiffs' Motion for Voluntary Dismissal without prejudice of defendant Powell Valley Electric Cooperative, Inc.

Defendant not having been served in this matter, it is hereby ORDERED that this case is DISMISSED WITHOUT PREJUDICE as to defendant Powell Valley Electric Cooperative, Inc. The Clerk shall close the case.

ENTER:  January 4, 2021

United States District Judge